LAW OFFICES OF CAMERON SANCHEZ
2440 South Hacienda Boulevard
Suite #208
Hacienda Heights, California 91745
(626) 961-8957
Bar Number 179135

**Attorney for Debtor(s)**

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Tobias Martin Suazo, and**<br>**Janet Lee Suazo,** | CASE NUMBER   2:10-bk-61822-EC<br><br>NOTICE OF RESCHEDULED<br>CONFIRMATION OF THE PLAN<br><br>Date:  March 17, 2011<br>Time: 1:30 P.M.<br>Place: 255 E. Temple Street<br>        Room 1639<br>        Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that the Confirmation of the Plan in the above-referenced matter has been rescheduled from February 3, 2011 at 1:30 P.M. to March 17, 2011 at 1:30 P.M., in Room 1639, at 255 E. Temple Street, Los Angeles, CA 90012.

**DATED:** January 19, 2011

_____
CAMERON SANCHEZ
Attorney for Debtor(s)

- 1 -
NOTICE OF RESCHEDULED CONFIRMATION OF THE PLAN

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2440 SOUTH HACIENDA BOULEVARD, SUITE 208, HACIENDA HEIGHTS, CA 91745

A true and correct copy of the foregoing document described NOTICE OF RESCHEDULED CONFIRMATION OF THE PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 19, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: KATHY A. DOCKERY efiling@CH13LA.com, CAMERON SANCHEZ cwsanchezlaw@msn.com, UNITED STATES TRUSTEE (RS) ustpregion16.la.ecf@usdoj.gov, ,

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 19, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2011 | Suzanne M. Falcon | |
|---|---|---|
| Date | Type Name | Signature |

TOBIAS MARTIN SUAZO
712 E Cypress Street
Covina, CA  91722


JANET LEE SUAZO
712 E Cypress Street
Covina, CA  91722


Law Offices of Cameron Sanchez
Cameron Sanchez
2440 South Hacienda Blvd Ste 208
Hacienda Heights, CA  91745

Ally Financial
P O Box 380901
Bloomington, MN  55438


Atlantic Crd
HSBC Bank
P O Box 13386
Roanoke, VA  24033


Bac Home Loans Servici
450 American St
Simi Valley, CA  93065


Bank Of America
Po Box 15311
Wilmington, DE  19884


BANK OF AMERICA
PO BOX 15311
WILMINGTON, DE  19884


Bank Of America
ATTN: BANKRUPTCY NC4-105-02-99
Po Box 26012
Greensboro, NC  27410


Beneficial/hfc
Po Box 3425
Buffalo, NY  14240


Beneficial/hfc
ATTN: BANKRUPTCY
Po Box 5263
Carol Stream, IL  60197

```
Calif Student Aid
Bank Of America
Po Box 419032
Rancho Cordova, CA   95741


Capital One
PO Box 85520
City Of Industry, CA   91716-0067


Cavalry Portfolio Serv
Wells Fargo Bank
7 Skyline Dr Ste 3
Hawthorne, NY   10532


Cavalry Portfolio Serv
ATTENTION:   BANKRUPTCY DEPARTMENT
Po Box 1017
Hawthorne, NY   10532


Chase
Po Box 15298
Wilmington, DE   19850


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE   19850


Discover Fin Svcs Llc
Po Box 6103
Carol Stream, IL   60197


Dsnb Macys
9111 Duke Blvd
Mason, OH   45040
```

```
Dsnb Macys
ATTN: BANKRUPTCY
Po Box 8053
Mason, OH  45040


Exxmblciti
Po Box 6497
Sioux Falls, SD  57117


Exxmblciti
ATTN: CENTRALIZED  BANKRUPTCY
Po Box 20507
Kansas City, MO  64195


First Usa
Po Box 15298
Wilmington, DE  19850


Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacaramento, CA  95812-2952


Gemb/chevron
Po Box 981432
El Paso, TX  79998


Gemb/chevron
ATTENTION: BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gemb/mervyns
Po Box 981400
El Paso, TX  79998
```

Gemb/mervyns
ATTENTION: BANKRUPTCY
Po Box 103104
Roswell, GA   30076


Hsbc Bank
Po Box 5253
Carol Stream, IL   60197


Hsbc Bank
ATTN: BANKRUPTCY
Po Box 5253
Carol Stream, IL   60197


Hsbc/costco
Po Box 15524
Wilmington, DE   19850


Hsbc/costco
HSBC RETAIL SRVS/ATTENTION: BANKRUP
Po Box 5263
Carol Stream, IL   60197


Hsbc/davbr
Pob 15521
Wilmington, DE   19805


Hsbc/davbr
HSBC RETAIL SRVS/ATTN: BK DEPT
Pob 5263
Carol Stream, IL   60197


Hunt & Henriques
Citibank
151 Vernal Road Ste 8
San Jose, CA   95119

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


Kathy A Dockery
Chapter 13 Trustee
700 South Flower Street Suite 1950
Los Angeles, CA  90017


Kay Jewelers
375 Ghent Rd
Akron, OH  44333


Kay Jewelers
ATTN: BANKRUPTCY
Po Box 3680
Akron, OH  44309


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051


Kohls/chase
ATTN: RECOVERY DEPT
Po Box 3120
Milwaukee, WI  53201


Main Street Acquisiton
HSBC Bank Nevada
2877 Paradise Rd Unit 30
Las Vegas, NV  89109


Pacific Western Bank
Po Box 131207
Carlsbad, CA  92013

Portfolio Recvry And Affil
U S Bank National Association
120 Corporate Blvd Ste 1
Norfolk, VA   23502


Portfolio Recvry And Affil
ATTN: BANKRUPTCY
Po Box 41067
Norfolk, VA   23541


Securities Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA   90036


SPRINT
19878 Cypress Avenue
City Of Industry, CA   91745


State Of California EDD
Bankruptcy Group MIC 92E
PO Bgox 826880
Sacramento, CA   94280-0001


Thd/cbsd
Po Box 6497
Sioux Falls, SD   57117


Thd/cbsd
CITICARD CREDIT SRVS/CENTRALIZED BA
Po Box 20507
Kansas City, MO   64195


THE BLUE BOOK
PO BOX 500
JEFFERSON VALLEY, NY   10535

United States Trustee
725 South Figueroa Street 26th Flo
Los Angeles, CA   90017


Us Bank
425 Walnut St
Cincinnati, OH   45202


Vw Credit
2333 Waukeegan Rd
Deerfield, IL   60015


Vw Credit
C/O BRICE VANDER LINDEN AND WERNI
9441 Lbj Freeway Suite 250
Dallas, TX   75243


WELLS FARGO
PO BOX 9362
WALNUT CREEK, CA   94596


Wff Cards
3201 North 4th Ave
Sioux Falls, SD   57104


Wff Cards
WELLS FARGO FINANCIAL
4137 121st St
Urbandale, IA   50323


Wfnnb/ny And C
220 W Schrock Rd
Westerville, OH   43081

```
Winn Law Group APC
Discover Bank
110 E Wilshire Avenue Ste 212
Fullerton, CA  92832
```